# IN THE SUPREME COURT OF THE STATE OF NEVADA

DITECH FINANCIAL LLC, F/K/A GREEN TREE SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY,

Appellant,

vs.

KE ALOHA HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Respondent.

No. 69550

**FILED**

APR 2 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court summary judgment in an action to quiet title. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

When our preliminary review of the docketing statement and the documents before this court revealed a potential jurisdictional defect, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. It appeared that the district court had not yet entered a written order adjudicating all the rights and liabilities of all the parties such that the December 15, 2015, order was not a final judgment appealable under NRAP 3A(b)(1); *Lee v. GNLV Corp.*, 116 Nev. 424, 427, 996 P.2d 416, 418 (2000). Specifically, it appeared that claims remained pending against Alessi & Koenig, LLC, and Pebble Creek Village Homeowners Association, and that Alessi & Koenig's interpleader claim remained pending.

In response to our order, appellant filed a document indicating that the district court was set to rule on a motion for NRCP 54(b) certification, thus, we construed the document as a motion for an

16-13277

extension of time to respond to the order to show cause and we granted it. Appellant has now filed a response to the order to show cause, stating that appellant "sought certification, but the Motion was denied as premature and Appellant will not be seeking review of the decision." Appellant fails to demonstrate that the district court has entered a final judgment resolving all the claims of all the parties below. As a result, it appears that this court lacks jurisdiction over this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: Hon. Richard Scotti, District Judge
Brooks Hubley LLP
Greene Infuso, LLP
Eighth District Court Clerk